**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HEFFINGTON<br><br>    Plaintiff,<br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO : **2:17-cv-00317-DAD-JLT**<br><br>[**PROPOSED**] **ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br>(Doc. 112) |

   The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 112) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action, but, at the request of the parties, the Court will retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

   Dated:   **September 14, 2020**           **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE